# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 1, 2019

## NO. 03-18-00456-CR

**The State of Texas, Appellant**

**v.**

**Brandon David Prince, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the suppression order signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's suppression order. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.